Case 1:25-mj-00110-MAU    Document 1-

Case: 1:25-mj-00110
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 6/25/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On June 21, 2025 at approximately 5:32 PM, while conducting a routine patrol of the area of the area of 1st Street and D Street NE, in the District of Columbia, in a fully marked United States Capitol Police ("USCP") Cruiser, USCP Officer Daniel Amendola, Badge #6617, observed a male subject, later identified by his driver's license as Linnell Lonnie Shelton (thereinafter referenced as "SHELTON") lying on his back, breathing slightly, suffering from a potential narcotics overdose. Officer Amendola requested the DC Fire Department (DCFD) to respond to the scene and treat SHELTON.

Officer Amendola attempted to render aid to defendant by evaluating SHELTON's breathing. While doing so, Officer Amendola observed what appeared to be the rear sights of a handgun in plain sight protruding from SHELTON's waistline-belt area. Officer Amendola disarmed SHELTON by removing a black handgun from SHELTON's person.

On scene, SHELTON was given two doses of Narcan by USCP officers, and later a third dose by DCFD EMS #3, who arrived on scene to treat and evaluate SHELTON. The defendant was transported by DCFD #8 to Howard University Hospital for further treatment and evaluation.

The defendant was treated and released from Howard Hospital and transported to USCP HQ's South Door for arrest processing.

A USCP Crime Scene Officer responded to the scene to process and seize the recovered firearm. Photographs were taken documenting the scene and firearm.

Further investigation revealed that the firearm was a Taurus Model G2C, with Serial # TMT29290. The firearm was a nine-millimeter caliber with a fifteen-round magazine, loaded with twelve rounds of ammunition, and one round loaded in the chamber of the firearm for a total of thirteen rounds.

An NCIC/WALES database check on the firearm with Serial # TMT29290 revealed that the firearm was reported stolen out of Prince George's County, Maryland on April 20, 2022.

The defendant has a prior felony conviction in the District of Columbia for Voluntary Manslaughter, Case No. 2019 CF1 9154, an offense punishable by more than one year of imprisonment. Accordingly, SHELTON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Linnell Lonnie SHELTON with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on June 25, 2025.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge